UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:16CR65

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| DANIEL LEE RATHBONE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

UPON MOTION OF THE UNITED STATES OF AMERICA to dismiss without prejudice the Bill of Indictment against Defendant DANIEL LEE RATHBONE (Doc. No. 15), the Court hereby grants leave to the United States to move to dismiss and hereby orders the dismissal without prejudice of the said Bill of Indictment as to the Defendant

IT IS SO ORDERED.

Signed: December 21, 2016

Frank D. Whitney
Chief United States District Judge